J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Paul Buchsbaum
Jennifer Buchsbaum a/k/a Jennifer McGuire
c/o Ira David
lawofficesofiradavid@gmail.com
Law Offices of Ira David
P.O. Box 371654
Las Vegas, NV 89137
Telephone:  (702) 990-0646

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Paul Buchsbaum, an individual and d/b/a southpawtoons.com, dvdsforcancer.net and Miss My Show; Jennifer Buchsbaum a/k/a Jennifer McGuire, an individual and d/b/a southpawtoons.com, dvdsforcancer.net and Miss My Show; and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. **2:11-cv-06295-JHN -AGRx** <br><br> CONSENT DECREE AND PERMANENT  INJUNCTION |

    The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendants Paul Buchsbaum, an individual and d/b/a southpawtoons.com, dvdsforcancer.net and Miss My Show, and Jennifer

Buchsbaum a/k/a Jennifer McGuire, an individual and d/b/a southpawtoons.com, dvdsforcancer.net and Miss My Show (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

    ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)     This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)     Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)     Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)     Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: April 13, 2012

_____
Hon. Jacqueline H. Nguyen
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Paul Buchsbaum, an individual and d/b/a southpawtoons.com, dvdsforcancer.net and Miss My Show

By: _____
    Paul Buchsbaum, an individual and
    d/b/a southpawtoons.com,
    dvdsforcancer.net and Miss My Show
Defendant, *in pro se*

Jennifer Buchsbaum a/k/a Jennifer McGuire, an individual and d/b/a southpawtoons.com, dvdsforcancer.net and Miss My Show

By: _____
    Jennifer Buchsbaum a/k/a Jennifer
    McGuire, an individual and d/b/a
    southpawtoons.com,
    dvdsforcancer.net and Miss My Show
Defendant, *in pro se*

# EXHIBIT A

# PLAINTIFF'S WORKS

| Titles: | Registration Nos. |
|---|---|
| Atom Ant: Amusement Park Amazement | RE 618134 |
| Atom Ant: Atom Ant Meets Karate Ant | RE 617036 |
| Atom Ant: Bully for Atom Ant | RE 618135 |
| Atom Ant: Crankenshaft's Monster | RE 617033 |
| Atom Ant: Dina-Sore | RE 617047 |
| Atom Ant: Dragon Master | RE 617043 |
| Atom Ant: Fastest Ant In the West | RE 617040 |
| Atom Ant: Ferocious Flea | RE 617035 |
| Atom Ant: Gem-A-Go-Go | RE 617039 |
| Atom Ant: Go West, Young Ant | RE 618137 |
| Atom Ant: How Now Bow Wow | RE 617042 |
| Atom Ant: Killer-Diller Gorilla | RE 664422 |
| Atom Ant: Knight Fight | RE 664424 |
| Atom Ant: Mistaken Identity | RE 617041 |
| Atom Ant: Mouser-Rouser | RE 664421 |
| Atom Ant: Nine Strikes You're Out | RE 618138 |
| Atom Ant: Nobody's Fool | RE 617037 |
| Atom Ant: Pteraducktyl Soup | RE 664425 |
| Atom Ant: Rambling Robot | RE 617038 |
| Atom Ant: Rock-A-Bye Boo-Boo | RE 664423 |
| Atom Ant: Super Blooper | RE 617045 |
| Atom Ant: Termighty Mean | RE 618136 |
| Atom Ant: The Big Gimmick | RE 617044 |
| Atom Ant: Up and Atom | RE 617034 |
| Atom Ant: Up In The Air Squares | RE 664426 |
| Atom Ant: Wild, Wild Ants | RE 617046 |
| Batman | COMPILATION S. 1, Ep. 1: "Hi Diddle Riddle" RE 683406; S. 2, Ep. 1: "Shoot a Crooked Arrow" RE 683401; S. 3, Ep. 1: "Enter Batgirl, Exit Penguin" RE 707067. |
| Beetlejuice The Animated Series | COMPILATION PA 459359 (and many others) |

| | |
|---|---|
| Captain Planet & the Planeteers | COMPILATION<br>S1E1: "A Hero For Earth" PA 512231; S2E1 "Garbage Strikes" PA 573976; S3E1 "Greenhouse Planet" PA 807824; S4E1 "A Mine Is A Terrible Thing To Waste" PA 686183; S5E1 "Twilight Ozone" PA 701959 ; S6E1 "5-Ring Panda-Monium" PA 797246 |
| Courage the Cowardly Dog | COMPILATION<br>S1E1 "Cajun Granny Stew" PA 974768; S2E1 "The Duck Brothers" PA 974773; S3E1 "Courage Meets the Mummy" PA 1043285; S4E1 "Tower of Dr. Zalost" PA 1071901. |
| Dexter's Laboratory | COMPILATION<br>S1E1 "Dee dee's mensional" PA 817792 ; S2E1 "The Beard to be Feared" PA 957864 ; S3E1 "A Dad Cartoon" PA 1071711; S4 E1 "Beau Tie" PA 1119876 |
| Flintstone Kids | COMPILATION<br>S1E1 PA 320331; S2E1 PA 371696 |
| Challenge of the GoBots | COMPILATION<br>S1E1 "Battle for Gobotron" PA 273640; S2E1 "Time Wars" PA 272159 |
| Herculoids DVD Set | COMPILATION<br>S1E1 "Queen Skorra" RE 697128 |
| Jonny Quest Vs. The Cyber Insects | PA 771794 |
| Jonny Quest: Jonny's Golden Quest | PA 609276 |
| Jonny Quest: The New Adventures | COMPILATION<br>S1E1 "Peril of the Reptilian" PA 320326 |

| Title | Registration |
|---|---|
| Jonny Quest: The Real Adventures | COMPILATION S1E1 "The Darkest Fathoms" PA 853692; S2E1 "The Mummies of Malenque" PA 853713 |
| Josie & The Pussycats | COMPILATION S1E1 "The Nemo's A No No Affair" RE 789442 |
| Justice League | COMPILATION S1E1 "Secret Origins " PA 1117260; S2E1 "Twilight" PA 1242809; S3E1 "Initiation" PA 1695864 |
| Legion of Super Heroes | COMPILATION S1E1 "Man of Tomorrow" PA 1752921 |
| Lippy The Lion and Hardy Har Har | COMPILATION S1E2 "Water-melon Felon" RE 510106 |
| Logan's Run | COMPILATION S1E1 "Logan's Run" RE 916240 |
| Mortal Kombat Defenders of the Realm | COMPILATION S1E1 "Kombat Begins Again" PA 984248 |
| Mortal Kombat:Conquest | COMPILATION S1E1 "Warrior Eternal" PA 930798 |
| Pinky and The Brain | COMPILATION S1E1 "Das Mouse" PA 806405; S2E1 "It's Only A Paper World" PA 889559; S3E1 "Leave It To Beavers" PA 983886; S4E1 "Brain Brain Go Away" PA 983586 |
| Pirates of Darkwater | COMPILATION S1E1 "The Quest" PA 551638 ; S2E1 "Andorus" PA 554532; S3E1 "The Dark Disciples" PA 624096 |

| | |
|---|---|
| Shazzan | COMPILATION<br>S1E1 "The Living Island" RE 700035 |
| Smurfs | COMPILATION<br>S1E1 "The Astrosmurf" PA 181142; S2E1 "The Smurf Who Couldn't Say No" PA 184080; S3E1 "Once In A Blue Moon" PA 405965; S4E1 "Symbols of Wisdom" PA 236093; S5E1 "Stuck on Smurfs" PA 278707; S6E1 "Smurfquest" PA 330143; S7E1 "Smurf On The Wild Side" PA 362480; S8E1 "Lost Smurf" PA 405739; S9E1 "Smurfs That Time Forgot" PA 439415 |
| Space Ghost | COMPILATION<br>S1E1 "The Heat Thing" RE 661595 |
| Speedy Gonzales | COMPILATION<br>"Speedy Gonzales" RE 156520 |
| Static Shock | COMPILATION<br>S1E1 "Shock To The System" PA 1079581 |
| SuperFriends | COMPILATION<br>S1E1 "The Power Pirate" RE 850930 |
| Superfriends Shorts | COMPILATION<br>S1E1 "Bigfoot" PA 232749; S2E1 "Outlaws of Orion" PA 232966; S3E1 "Mxyzptlk's Revenge" PA 235130 |
| The Huckleberry Hound Show: Astro-Nut Huck/Light-Headed Cat/Love-Bugged Bear | RE 400391 |
| The Huckleberry Hound Show: Barbecue Hound/Duck in Luck/Kit Kat Kit | RE 290477 |

| | | |
|---|---|---|
| 1 2 | The Huckleberry Hound Show: Bear Face Bear/Sour Puss/Jolly Roger and Out | RE 392663 |
| 3 | The Huckleberry Hound Show: Bear for Punishment/Batty Bat/Huck the Giant Killer | RE 392661 |
| 4 5 | The Huckleberry Hound Show: Bird House Blues/Prize Fight Fright/Jinks' Mice Device | RE 290480 |
| 6 | The Huckleberry Hound Show: Cluck and Dagger/Mouse for Rent/Bearfaced Disguise | RE 400392 |
| 7 | The Huckleberry Hound Show: Cock-A Doodle Huck/Jiggers It's Jinks!/High Fly Guy | RE 290467 |
| 8 9 | The Huckleberry Hound Show: Dinky Jinks/Bear on a Picnic/Sir Huckleberry Hound | RE 290478 |
| 10 | The Huckleberry Hound Show: Dragon Slayer Huck/The Stout Trout/Cousin Tex | RE 290471 |
| 11 12 | The Huckleberry Hound Show: Fast Gun Huck/Kind to Meeces Week/Biggest Show-Off On Earth | RE 400388 |
| 13 | The Huckleberry Hound Show: Fireman Huck/Jinks Junior/Yogi Bear's Big Break | RE 290470 |
| 14 15 | The Huckleberry Hound Show: Freeway Patrol/Little Bird-Mouse/Tally Ho Ho Ho | RE 290466 |
| 16 | The Huckleberry Hound Show: High Jinks/Knight School/A Bear Pair | RE 400394 |
| 17 | The Huckleberry Hound Show: Hokum Smokum/Hypnotize Surprise/Big Bad Bully | RE 290479 |
| 18 19 | The Huckleberry Hound Show: Hoodwinked Bear/Goldfish Fever/Piccadilly Dilly | RE 392660 |
| 20 | The Huckleberry Hound Show: Hookey Daze/Jinks' Flying Carpet/Slumber Party Smarty | RE 290473 |
| 21 | The Huckleberry Hound Show: Huck Hound's Tale/Woo for Two/Do Or Diet | RE 400389 |
| 22 23 24 | The Huckleberry Hound Show: Huckleberry Hound Meets Wee Willy/Cousin Tex/Yogi Bear's Big Break | RE 290460 |
| 25 | The Huckleberry Hound Show: Jinks the Butler/The Buzzin' Bear/Lion Hearted Huck | RE 290472 |
| 26 | The Huckleberry Hound Show: Legion Bound Hound/Price for Mice/Booby Trapped Bear | RE 400380 |
| 27 28 | The Huckleberry Hound Show: Lion Tamer Huck/Cat Nap Cat/Daffy Daddy | RE 290483 |

| | |
|---|---|
| The Huckleberry Hound Show: Lion-Hearted Huck/Judo Jack/Slumber Party Smarty | RE 290461 |
| The Huckleberry Hound Show: Little Red Riding Huck/Mouse Nappers/Scooter Looter | RE 290484 |
| The Huckleberry Hound Show: Lullabye-Bye Bear/Rapid Robot/Grim Pilgrim | RE 392664 |
| The Huckleberry Hound Show: Nowhere Bear/Lend-Lease Meece/Cop and Saucer | RE 392660 |
| The Huckleberry Hound Show: Nuts Over Mutts/Party Peeper Jinks/Spy Guy | RE 400393 |
| The Huckleberry Hound Show: Papa Yogi/King Size Poodle/Somebody's Lion | RE 392656 |
| The Huckleberry Hound Show: Pied Piper Pipe/Spud Dud/Oinks and Boinks | RE 400379 |
| The Huckleberry Hound Show: Postman Panic/Nice Mice/Brainy Bear | RE 290481 |
| The Huckleberry Hound Show: Puppet Pals/Be My Guest Pest/Tricky Trapper | RE 290475 |
| The Huckleberry Hound Show: Rah Rah Bear/Bird Brained Cat/Nottingham and Yeggs | RE 392654 |
| The Huckleberry Hound Show: Rustler Hustler Huck/Scaredycat Dog/The Brave Little Brave | RE 290465 |
| The Huckleberry Hound Show: Science Friction/Plutocrat Cat/Gleesome Threesome | RE 400395 |
| The Huckleberry Hound Show: Sheep-Shape Sheepherder/Mark of the Mouse/Pie-Pirates | RE 290476 |
| The Huckleberry Hound Show: Sheriff Huckleberry/Pistol Packin' Pirate/Foxy Hound-Dog | RE 290464 |
| The Huckleberry Hound Show: Show Biz Bear/Hi Fido/Ten Pin Alley | RE 392665 |
| The Huckleberry Hound Show: Sir Huckleberry Hound/Jinks' Mice Device/Big Bad Bully | RE 290463 |
| The Huckleberry Hound Show: Skeeter Trouble/The Runaway Bear/Judo Jack | RE 290474 |
| The Huckleberry Hound Show: Ski Champ Chump/King Size Surprise/Robin Hood Yogi | RE 290482 |
| The Huckleberry Hound Show: Snow White Bear/Pushy Cat/Wiki Waki Huck | RE 392657 |

| | | |
|---|---|---|
| 1 | The Huckleberry Hound Show: Space Bear/Puss in Boats/Huck's Hack | RE 392662 |
| 2 | The Huckleberry Hound Show: Stranger Ranger/Mighty Mite/A Bully Dog | RE 392655 |
| 3 | The Huckleberry Hound Show: The Ace of Space/The Brave Little Bear/H.H. Meets Wee Willie | RE 290469 |
| 4 | The Huckleberry Hound Show: The Unmasked Avenger/A Wise Quack/Bears And Bees | RE 400390 |
| 5 | The Huckleberry Hound Show: Tough Little Termite/Boxing Buddy/Hide and Go Peek | RE 290485 |
| 6 | The Huckleberry Hound Show: Tricky Trapper/Kit Kat Kit/Pie-Pirates | RE 290462 |
| 7 | The Huckleberry Hound Show: Two Corny Crows/The Ghost with the Most/Baffled Bear | RE 290468 |
| 8 | The Huckleberry Hound Show: Wound-Up Bear/A Good Good Fairy/Pony Boy Huck | RE 392659 |
| 9 | The Secret Squirrel Show: Bold Rush | RE 629103 |
| 10 | The Secret Squirrel Show: Captain Kidd's Not Kidding | RE 629102 |
| 11 | The Secret Squirrel Show: Catty Cornered | RE 629096 |
| 12 | The Secret Squirrel Show: Cuckoo Clock Cuckoo | RE 629095 |
| 13 | The Secret Squirrel Show: Double Ex-Double Cross | RE 629101 |
| 14 | The Secret Squirrel Show: Five is a Crowd | RE 629092 |
| 15 | The Secret Squirrel Show: Gold Rushed | RE 629100 |
| 16 | The Secret Squirrel Show: Hi Spy | RE 621371 |
| 17 | The Secret Squirrel Show: It Stopped Training | RE 629094 |
| 18 | The Secret Squirrel Show: Jester Minute | RE 629098 |
| 19 | The Secret Squirrel Show: Leave Wheel Enough Alone | RE 629097 |
| 20 | The Secret Squirrel Show: Masked Granny | RE 629105 |
| 21 | The Secret Squirrel Show: Not So Idle Idol | RE 629099 |
| 22 | The Secret Squirrel Show: Robin Hood And His Merry Muggs | RE 629088 |
| 23 | The Secret Squirrel Show: Robot Rout | RE 621368 |
| 24 | The Secret Squirrel Show: Royal Run Around | RE 629090 |
| 25 | The Secret Squirrel Show: Scotland Yard Caper | RE 629106 |
| 26 | The Secret Squirrel Show: Scuba-Duba Duba | RE 621370 |

| | | |
|---|---|---|
| 1 | The Secret Squirrel Show: Ship of Spies | RE 621372 |
| 2 | The Secret Squirrel Show: Spy in the Sky | RE 621373 |
| 3 | The Secret Squirrel Show: Sub Swiper | RE 629107 |
| | The Secret Squirrel Show: The Pink Sky Mobile | RE 621369 |
| 4 | The Secret Squirrel Show: Tusk-Tusk | RE 629104 |
| 5 | The Secret Squirrel Show: Wacky Secret Weapon | RE 629093 |
| 6 | The Secret Squirrel Show: Wolf In Cheap Cheap Clothing | RE 629089 |
| 7 | The Secret Squirrel Show: Yellow Pinkie | RE 629091 |
| 8 | The World's Greatest Superfriends (aka Superfriends Hour) | COMPILATION S1E1 "Rub Three Times for Disaster" PA 232745 |
| 9 | | |
| 10 | Thundarr the Barbarian | COMPILATION S1E1 "Secret of the Black Pearl" PA 102372; S2E1 "Wizard Wars" PA 178851 |
| 11 | | |
| 12 | | |
| 13 | Valley of the Dinosaurs | COMPILATION S1E1 "Forbidden Fruit" RE 863596 |
| 14 | | |
| 15 | Yakky Doodle: All's Well That Eats Well | RE 414008 |
| 16 | Yakky Doodle: Baddie Buddies | RE 414018 |
| 17 | Yakky Doodle: Beach Brawl | RE 414011 |
| | Yakky Doodle: Count to Tenant | RE 414004 |
| 18 | Yakky Doodle: Dog Flight | RE 413990 |
| 19 | Yakky Doodle: Dog Pounded | RE 414015 |
| | Yakky Doodle: Duck Hunting | RE 413994 |
| 20 | Yakky Doodle: Duck Seasoning | RE 414012 |
| 21 | Yakky Doodle: Duck The Music | RE 413996 |
| | Yakky Doodle: Easter Duck | RE 413991 |
| 22 | Yakky Doodle: Foxy Duck | RE 413992 |
| 23 | Yakky Doodle: Foxy Friends | RE 414009 |
| 24 | Yakky Doodle: Foxy Proxy | RE 414003 |
| | Yakky Doodle: Full Coarse Meal | RE 414017 |
| 25 | Yakky Doodle: Ha-Choo To You | RE 414002 |
| 26 | Yakky Doodle: Happy Birthdaze | RE 414000 |
| | Yakky Doodle: Hasty Tasty | RE 414013 |
| 27 | Yakky Doodle: Hop, Duck and Listen | RE 413989 |
| 28 | Yakky Doodle: Horse Collared | RE 414001 |

| | |
|---|---|
| Yakky Doodle: It's A Duck's Life | RE 413999 |
| Yakky Doodle: Judo Ex-Expert | RE 414019 |
| Yakky Doodle: Mad Mix-Up | RE 414010 |
| Yakky Doodle: Nobody Home Duck | RE 414014 |
| Yakky Doodle: Oh, Duck-Ter | RE 413998 |
| Yakky Doodle: Out of Luck Duck | RE 413988 |
| Yakky Doodle: Railroad Duck | RE 413993 |
| Yakky Doodle: School Fool | RE 413997 |
| Yakky Doodle: Shrunken Headache | RE 414005 |
| Yakky Doodle: Stamp Scamp | RE 414007 |
| Yakky Doodle: The Most Ghost | RE 414006 |
| Yakky Doodle: Whistle Stop And Go | RE 413995 |
| Yakky Doodle: Witch Duck-Ter | RE 414016 |